IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STATE OF CALIFORNIA,**

Plaintiff,

**v.**

**UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; UNITED STATES DEPARTMENT OF JUSTICE; DOUG BURGUM, in his official capacity as Secretary of the Interior; MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management; TODD BLANCHE, in his official capacity as Attorney General; STANLEY WOODWARD, in his official capacity as Associate Attorney General;**

Defendants,

*and*

**INVENERGY CALIFORNIA OFFSHORE LLC,**

Defendant (Count III) and Interested Party (other Counts).

**NOTICE OF RELATED CASE**

Date:
Time:
Dept:
Judge:
Trial Date:
Action Filed:

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

Please take note that this action is related to a pending action in this court, specifically *California v. U.S. Department of Interior*, United States District Court, Northern District of California, Case No. 3:26-cv-9123, filed August 28, 2026. The two actions bring the same claims against primarily the same group of defendants and challenge substantially similar actions under similar circumstances. The State of California believes these cases involve similar questions of fact and law that would require duplication of labor if heard by different Judges. In accordance with Local Civil Rule 3-12, this case should be assigned to Judge Jon S. Tigar.

Dated: September 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California

*/s/ Theodore A. McCombs*
MICHAEL P. CAYABAN
MYUNG J. PARK
Supervising Deputy Attorneys General
NATALIE E. COLLINS
THEODORE A MCCOMBS
JEREMY STEVENS
Deputy Attorneys General
*Attorneys for State of California*