JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch
ANTONIO C. LEE
Trial Attorney
Civil Division, Federal Programs Branch
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, et al.,<br><br>*Federal Defendants*,<br><br>*and*<br><br>INVENERGY CALIFORNIA OFFSHORE LLC.,<br><br>*Defendant (Count III) and Interested Party (other Counts)* | Case No. 4:26-cv-10778-JST<br><br>**CONSENT MOTION TO VACATE EXISTING CASE MANAGEMENT DEADLINES, STAY THE REQUIREMENTS OF L.R. 16-5, AND SET BRIEFING SCHEDULE**<br><br>THE HONORABLE JON S. TIGAR<br>UNITED STATES DISTRICT JUDGE |

Federal Defendants respectfully request that the Court vacate the case management deadlines in its September 22nd Order, stay the requirements of Local Rule 16-5 pending resolution of forthcoming motions to dismiss, and enter the briefing schedule proposed below for motions to dismiss. Following filing of the Complaint on September 22, 2026, the Court issued an Initial Case Management Scheduling Order with ADR Deadlines, *see* Dkt. No. 7. Plaintiff's claims in this case, if they survived a motion to dismiss, would be reviewed on an administrative record. The parties therefore request that the deadlines in the Court's September 22nd Order, which are largely meant for discovery-track cases, be vacated. *See* Fed. R. Civ. P. 26(a)(1)(B)(i) (exempting actions for review on an administrative record from the initial disclosure requirement of Fed. R. Civ. P. 26(a)).

Federal Defendants also respectfully submit that good cause exists to stay the requirements of Local Rule 16-5 pending the filing and resolution of Federal Defendants' and Invenergy California Offshore LLC's forthcoming motions to dismiss. Local Rule 16-5 provides that "[i]n actions for District Court review on an administrative record . . . the defendant must serve and file an answer, together with a certified copy of the transcript of the administrative record, within 90 days of receipt of service of the summons and complaint." Federal Defendants and Invenergy California Offshore LLC currently intend to file separate motions to dismiss, resolution of which would not require the administrative record. A stay of the requirements of Local Rule 16-5 would therefore prevent any inefficient use of party resources while promoting judicial economy. *See CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) ("A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants.").

In anticipation of the defendants' forthcoming motions to dismiss, the parties request enlargement of the 15-page limit provided in the Court's Civil Standing Order (Sec. L-1), and extend to no more than 40 pages for each of the two motions to dismiss due to the complex nature of this case, claims asserted in the Complaint, and novelties of issues raised. This enlargement request would also apply to no more than 40 pages for Plaintiff's response, and 20 pages for the reply briefs. The parties further request that the Court enter the following schedule for briefing Federal Defendants' and Invenergy California Offshore

LLC's forthcoming motions to dismiss, which includes necessary time for client conferral and overlap with holidays:

- Federal Defendants' and Invenergy California Offshore LLC's Motions to Dismiss due by December 30, 2026;
- Plaintiff's Response due by January 26, 2027; and
- Federal Defendants' and Invenergy California Offshore LLC's Replies due by February 15, 2027.

Dated: November 24, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

*<u>/s/ Antonio C. Lee</u>*
ANTONIO C. LEE
Bar No. 6322654
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 598-1238
Fax: (202) 616-8460
E-mail: Antonio.C.Lee@usdoj.gov

*Attorneys for the United States*